JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
DISASTER
DOCKET NO. 433 -- IN RE AIR CRASH in ST. CROIX, U. S. VIRGIN ISLANDS, ON JULY 24, 1979

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/05/14 | 1 | MOTION, BRIEF, SCHEDULE, EXHIBIT -- Defendant Puerto Rico International Airlines, Inc. -- w/cert. of service<br>SUGGESTED TRANSFEREE COURT: District of Puerto Rico<br>SUGGESTED TRANSFEREE JUDGE:          (cds) |
| 80/05/15 | 2 | RESPONSE -- Airport Terminal Services, Inc. -- w/cert. of service   (emh) |
| 80/05/23 | 3 | RESPONSE/MEMORANDUM -- Pltfs. Braulio Lopez, et al. -- w/cert. of svc.   (emh) |
| 80/05/27 | | APPEARANCES: PHILIP SILVERMAN, ESQ. for Braulio Lopez, et al.; G. BERT SMITH, JR., ESQ. FOR Oma Loveda Rosinbaum, et al.; ALBERT A. SHEEN, ESQ. for Gilbert Webster, et al.; RONALD T. MITCHELL, ESQ. for Roland Joseph; STANLEY J. LEVY, ESQ. for Harvey Fuchs, et al.; SALVADOR M. ANTONETTI, ESQ. for Puerto Rico International Airlines, Inc. (Prinair)   (cds) |
| 80/05/23 | | HEARING ORDER -- Setting Motion to Transfer for June 26, 1980 hearing in Boston, Mass.   (cds) |
| 80/05/28 | 4 | RESPONSE -- Harvey Fuchs, et al. -- w/Exhibits A and B and cert. of service   (cds) |
| 80/06/06 | 5 | REPLY BRIEF, CERT. OF SVC. -- deft. Prinair. (ds) |
| 80/06/13 | | APPEARANCE -- Francisco Agrait-Oliveras for Airport Terminal Services Inc. (ds) |
| 80/06/25 | 6 | REPLY BRIEF, CERT. OF SVC. -- Deft. Prinair.  (ea) |
| 80/06/25 | | HEARING APPEARANCES -- John J. Martin for Puerto Rico Intern'l Airlines, Inc. (PRINAIR); Patricia Martinelli for Harvey Fuchs, et al.; Ronald T. Mitchell for Roland Joseph   (emh) |
| 80/06/25 | | WAIVER OF ORAL ARGUMENT: Lopez; Oma Loveda Rosinbaum; Airport Terminal Services Inc.     (emh) |
| 80/07/02 | 7 | RESPONSE -- Vertrum A. Bradley -- w/cert. of svc. (emh) |
| 80/07/07 | | APPEARANCE AND NOTICE OF CHANGE OF PARTY -- Agrait & Oliveras for Airport Terminal Services (cds) |
| 80/07/25 | | CONSENT OF TRANSFEREE COURT -- for assignment of litigation to the Honorable Edward Weinfeld.   (emh) |
| | | TRANSFER ORDER -- transferring A-1 thru A-4 to the S. D. New York for coordinated or consolidated pretrial proceedings.   (emh) |
| 80/08/14 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-6 Vertrum A. Bradley, etc. v. P.R. Int'l Airlines, Inc., D.V.I., C.A. No. 80-123 -- NOTIFIED INVOLVED JUDGES & COUNSEL (cds) |

JPML FORM 1A - Continuation　　　　　　　　　　　DOCKET ENTRIES -- p. 2

DOCKET NO. 433 --

| Date | Ref | Pleading Description |
|---|---|---|
| 80/09/02 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-6 Bradley, etc. v. P.R. Intern'l Airlines, Inc., D. Virgin Islands, C.A.No. 80-123 NOTIFIED CLERKS AND JUDGES. (emh) |
| 80/09/08 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-7 Jose E. Rivera Acevedo, et al. v. U.S.A., et al., D. Puerto Rico, C.A. No. 80-1560 Notified involved counsel and judges. (emh) |
| 80/09/22 | 8 | NOTICE OF OPPOSITION -- B-7 Acevedo, et al. v. U.S.A., et al., D. Puerto Rico, C.A. No. 80-1560 -- pltf. Jose E. Rivera Acevedo (emh) |
| 80/10/20 | 9 | LETTER - counsel for pltf. Jose E. Rivera Acevedo. (ds) |
| 80/10/20 | 10 | MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- pltf Jose E. Rivera Acevedo, et al. w/cert. of svc. (ds) |
| 80/11/05 | | HEARING ORDER -- setting opposition of plaintiff to conditional transfer order filed in B-7 Acevedo. Hearing set for West Palm Beach, Fla. on Dec. 9, 1980. Notified counsel clerks and judges. (rew) |
| 80/11/24 | 11 | RESPONSE (Re: B-7) -- Airport Terminal Services Inc. w/svc. (emh) |
| 80/12/05 | | HEARING APPEARANCE: GUSTAVO A. GELPI, ESQ. FOR Jose E. Rivera-Acevedo (cds) |
| 80/12/05 | | WAIVER OF ORAL ARGUMENT: U.S.A.; BRAULIO LOPEZ; and BRADLEY (cds) |
| 81/03/03 | | TRANSFER ORDER -- transferring B-7 to the Southern District of New York for coordinated or consolidated pretrial proceedings. (ds) |

JPML Form 1

Revised: 8/78

*Closed 9/18/81*

DOCKET NO. 433 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE AIR CRASH DISASTER in ST. CROIX, U. S. VIRGIN ISLANDS, ON JULY 24, 1979

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 6/26/80 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 7/25/80 | TO | Unpublished | S. D. New York | Edward Weinfeld | |

Misc. Dkt M-21-28

**Special Transferee Information**

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DISASTER

DOCKET NO. 433 -- IN RE AIR CRASH in ST. CROIX, U. S. VIRGIN ISLANDS, ON JULY 24, 1979

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Braulio Lopez, et al. v. Puerto Rico International Airlines, Inc. | D. P. R. Torruella | 79-1959 | JUL 2 5 1980 | 80 Civ 4505 | 7/7/81 D Settled | |
| A-2 | Oma Loveda Rosinbaum, et al. v. Puerto Rico International Airlines, Inc., et al. | D. P. R. Gierbolini | 79-2455 | JUL 2 5 1980 | 80 Civ 4506 | 7/7/81 D | |
| A-3 | Gilbert Webster, et al. v. Puerto Rico International Airlines, Inc. | D. V.I. | 185-79 | JUL 2 5 1980 | 80 Civ 4503 | 7/7/81 D | |
| A-4 | Roland Joseph v. Puerto Rico International Airlines, Inc. | D. V.I. | 75-1980 | JUL 2 5 1980 | 80 Civ 4504 | 6/25/80 D | |
| A-5 | Harvey Fuchs, et al. v. Puerto Rico International Airlines, Inc. | S.D.N.Y. Weinfeld | 1980-75 80 Civ 5571 | | | settled | |
| B-6 | Vertrum A. Bradley, etc. v. P.R. International Airlines, Inc. 8/14/80 | D.V.I. Christian | 80-123 | SEP 2 1980 | 80 1604 | 1/22/82 D | |
| B-7 | Jose E. Rivera Acevedo, et al. v. United States of America, et al. opposed 9/22/80  9/8/80 | D. P.R. Torruella | 80-1560 | MAR - 3 1981 | 81-2772 | 6/26/81 | Closed |
| XYZ-8 | Marion W. Tannassee, etc. v. Puerto Rico International Airlines, Inc. | S.D.N.Y. Weinfeld | 81 CIV 0865 | | | 4/17/81 Dism. | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 433 -- IN RE AIR CRASH DISASTER in ST. CROIX, U. S. VIRGIN ISLANDS, ON JULY 24, 1979

---

BRAULIO LOPEZ, ET AL. (A-1)
Philip Silverman, Esq.
Speiser, Krause & Madole
1216 Sixteenth Street, N.W.
Washington, D. C. 20036

OMA LOVEDA ROSINBAUM, ET AL. (A-2)
G. Bert Smith, Jr., Esq.
P. O. Box 1196
Andrews, Texas 79714

GILBERT WEBSTER, ET AL. (A-3)
Albert A. Sheen, Esq.
46-47 Company Street
Christiansted, St. Croix
U. S. Virgin Islands 00820

ROLAND JOSEPH (A-4)
Ronald T. Mitchell, Esq.
Pallme, Anduze, Mitchell & Dow
P. O. Box 696
St. Thomas, U. S. Virgin Islands
                              00801

HARVEY FUCHS, ET AL. (A-5)
Stanley J. Levy, Esq.
Kreindler & Kreindler
99 Park Avenue
New York, New York 10016

PUERTO RICO INTERNATIONAL
AIRLINES, INC. (PRINAIR)
Ramon L. Walker, Esq.
Cancio, Nadal & Rivera
P. O. Box 4966
San Juan, Puerto Rico 00936

AIRPORT TERMINAL SERVICES INC.
Agrait & Oliveras
Box 2195
Hato Rey, Puerto Rico 00919

VERTRUM A. BRADLEY, ETC. (B-6)
Thomas Alkon, Esquire
Isherwood, Alkon, Barnard
  & Diehm
46 King Street
Christiansted, St. Croix
U.S. Virgin Islands 00820

JOSE E. RIVERA ACEVEDO (B-7)
Gustavo A. Gelpi, Esquire
Feldstein, Gelpi, Hernandez
  & Castillo
P.O. Box S-2552
San Juan, Puerto Rico 00903

United States of America
Deft. in B-7
Julio Morales-Sanchez
U. S. Attorney
P.O. Box S2469 (00903)
U.S. Courthouse & Federal Bldg.
Hato Rey, Puerto Rico 00918

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. _____ -- _____

| | |
|---|---|
| <u>UNITED</u> STATES OF AMERICA<br>Mark A. Dombroff, Esquire<br>P.O. Box 14271<br>Washington, D. C. 20004 | |

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
DISASTER

DOCKET NO. 433 -- IN RE AIR CRASH in ST. CROIX, U. S. VIRGIN ISLANDS, ON JULY 24, 1979

| Name of Party | Named as Party in Following Actions |
|---|---|
| PUERTO RICO INTERNATIONAL AIRLINES, INC. | ~~A-1~~, A-2, A-3, A-4, A-5, B-6, B-7 |
| ~~INTERSTATE AIR SERVICES, INC.~~ | ~~A-2~~ |
| Airport Terminal Services, Inc | A-2; B-7 |
| United States of America | B-7 |